1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
3 2300 Tulare Street, Suite 330
Fresno, California  93721-2226
4 Telephone: (559) 487-5561

5 Attorney for Defendant
KHEMKHAN KHANOUNSAY

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              )   No. 1:06-cr-0429 LJO
                                         )
12                        *Plaintiff*,   )   STIPULATION TO CONTINUE STATUS
                                         )   CONFERENCE AND  ORDER THEREON
13        v.                             )
                                         )
14 KHEMKHAN KHANOUNSAY,                  )
                                         )   Date:  May 25, 2007
15                        *Defendants*.  )   Time:  9:00 a.m.
                                         )   Judge: Hon. Lawrence J. O'Neill
16                                       )
                                         )
17 _____)

18        IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

19 KEVIN ROONEY, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN,

20 Assistant Federal Defender, counsel for defendant Khemkhan Khanounsay, that the date for status

21 conference in this matter may be continued to May 25, 2007.  **The date currently set for status**

22 **conference is May 4, 2007.  The requested new date is May 25, 2007.**

23        The defendant is charged with a single count of manufacturing more than 1,000 marijuana plants.

24 There is disagreement regarding whether the actual number of plants exceeded this threshold amount, and

25 it is a critical issue as 1,000 plants triggers a ten year mandatory minimum sentence.  Resolution of this

26 issue is key to a negotiated settlement in this matter and, if no agreement is reached, it will remain a key

27 issue at trial.  The parties request additional time to allow for further investigation of this issue.  If the

28 matter is not resolved by May 25, 2007, a trial date will be requested at that time.

1    The parties agree that the delay resulting from the continuance shall be excluded for effective

2   defense preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  For this reason, the ends of justice served

3   by the granting of the requested continuance outweigh the interests of the public and the defendants in a

4   speedy trial.

5
                                                              McGREGOR W. SCOTT
6                                                             United States Attorney

7
         DATED: May 1, 2007                        By /s/ Kevin Rooney
8                                                     KEVIN ROONEY
                                                      Assistant United States Attorney
9                                                     Attorney for Plaintiff

10

11
                                                              DANIEL J. BRODERICK
12                                                            Federal Defender

13
         DATED: May 1, 2007                        By /s/ Eric V. Kersten
14                                                    ERIC V. KERSTEN
                                                      Assistant Federal Defender
15                                                    Attorney for Defendant
                                                      KHEMKHAN KHANOUNSAY
16

17

18

19
                                          **O R D E R**
20
The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §
21
3161(h)(8)(B)(iv).   Good cause exists both for the exclusion of time on the basis stated, but also for the
22
continuance.  At the May 25th hearing, the Court will either take the change of plea, or it will set the trial
23
date.
24

25
IT IS SO ORDERED.
26
**Dated:    May 1, 2007**                          **/s/ Lawrence J. O'Neill**
27                                                 UNITED STATES DISTRICT JUDGE

28