1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   ERIC V. KERSTEN, Bar #226429
    Assistant Federal Defender
3   2300 Tulare Street, Suite 330
    Fresno, California  93721-2226
4   Telephone: (559) 487-5561

5   Attorney for Defendant
    KHEMKHAN KHANOUNSAY
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. 1:06-cr-0429 LJO
                                       )
12              Plaintiff,             )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE AND  ORDER THEREON
13      v.                             )
                                       )   Date:   June 15, 2007
14  KHEMKHAN KHANOUNSAY,               )   Time:   9:00 a.m.
                                       )   Judge: Hon. Lawrence J. O'Neill
15              Defendants.            )
                                       )
16                                     )
                                       )
17  _____  )

18          IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

19  KEVIN ROONEY, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN,

20  Assistant Federal Defender, counsel for defendant Khemkhan Khanounsay, that the date for status

21  conference in this matter may be continued to June 15, 2007.  **The date currently set for status**

22  **conference is May 25, 2007.  The requested new date is June 15, 2007.**

23          The defendant is charged with a single count of manufacturing more than 1,000 marijuana plants.

24  The key issue in this case is the actual number of plants, as 1,000 plants triggers a ten year mandatory

25  minimum sentence.  With less than 1,000 plants, the mandatory minimum will drop to five years and the

26  recommended sentence under the guidelines will be substantially less than ten years.

27          The defense has provided information to the government which indicates that the actual number

28  may well be less than 1,000.  However, the government needs to review this information with the

1   investigating law enforcement officers prior to establishing what its position will be regarding the actual

2   number of plants, and what plea agreement it will offer.  Unfortunately, the necessary officers are

3   presently unavailable and additional time is necessary to allow the government to confer with these

4   officers.  The parties request additional time to allow for additional investigation, further attempts to reach

5   a negotiated settlement, and for the availability of counsel.  If the matter is not resolved by June 15, 2007,

6   a trial date will be requested at that time.

7        The parties agree that the delay resulting from the continuance shall be excluded for effective

8   defense preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  For this reason, the ends of justice served

9   by the granting of the requested continuance outweigh the interests of the public and the defendants in a

10  speedy trial.

11       McGREGOR W. SCOTT
     United States Attorney

12

13  DATED: May 23, 2007     By  /s/ Kevin Rooney_____
     KEVIN ROONEY

14       Assistant United States Attorney
     Attorney for Plaintiff

15

16       DANIEL J. BRODERICK
     Federal Defender

17

18  DATED: May 23, 2007     By  /s/ Eric V. Kersten_____
     ERIC V. KERSTEN

19       Assistant Federal Defender
     Attorney for Defendant

20       KHEMKHAN KHANOUNSAY

21

22       **O R D E R**

23       The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §

24  3161(h)(8)(B)(iv).  The matter will now be heard at 9 a.m. on WEDNESDAY, June 13, 2007.  Good cause

25  exists for the continuance and the exclusion of time on the basis stated in the stipulation.

26

27       IT IS SO ORDERED.

28  **Dated:   May 23, 2007**       **/s/ Lawrence J. O'Neill_____**

1                                    UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28