

FILED
AUG 18 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:07-CR-00010 LJO |
|---|---|---|
| Plaintiff, | ) | ORDER OF RELEASE |
| vs. | ) | |
| KHEMKHAM BHOUT KHANOUNSAY | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced to Time Served on August 18, 2014.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: August 18, 2014

_____
HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE